JTW:04.04.23
CJF: USAO:2023R00056

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JRR 23cr121 |
| | * | |
| SHOGUN DOWLING, | * | (Possession of Ammunition by a |
| | * | Prohibited Person, 18 U.S.C. |
| Defendant | * | § 922(g)(1); Forfeiture, 18 U.S.C. § |
| | * | 924(d), and 28 U.S.C. § 2461(c)) |

*******

### INDICTMENT

### COUNT ONE
**(Possession of Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about January 1, 2023, in the District of Maryland, the defendant,

**SHOGUN DOWLING,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, 11 rounds of Winchester 9mm ammunition; and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**SHOGUN DOWLING,**

shall forfeit to the United States the ammunition involved in the commission of the offense, to wit, approximately 11 rounds of Winchester 9mm ammunition.

### Substitute Assets

3. Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

4/5/2023
_____
Date